# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1693
_____

JERRY RAY WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Timothy Allen Register, Judge.


April 21, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jerry Ray Walker, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.